AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Commonwealth of Pennsylvania, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01719 (KBJ) |
| Elisabeth D. DeVos, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Connecticut.

Date: 07/06/2020

/s/Joseph J. Chambers
*Attorney's signature*

Joseph J. Chambers (ct26948)
*Printed name and bar number*

Office of the Attorney General
165 Capitol Avenue
Hartford, CT  06106

*Address*

joseph.chambers@ct.gov
*E-mail address*

(860) 808-5298
*Telephone number*

(860) 772-1709
*FAX number*