IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, in her official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | No. 1:20-cv-1719 KBJ |

## NOTICE OF SERVICE

Pursuant to paragraph 4(a) of the Court's General Order and Guidelines Applicable to APA Cases Assigned to Judge Ketanji Brown Jackson ("General Order"), ECF No. 19, Defendants the U.S. Department of Education and Elizabeth DeVos, in her official capacity as Secretary of Education, notify the Court that today they served a Motion to Dismiss on Plaintiffs' counsel in this matter.[1]

Dated: November 13, 2020        Respectfully Submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

 /s/ Kathryn L. Wyer
KATHRYN L. WYER
United States Department of Justice
Civil Division, Federal Programs Branch

---

[1] Pursuant to the General Order paragraph 4(a)(i)(3), the parties agreed to modify the schedule for serving their filings set forth in the Court's Minute Order of August 19, 2020, at the request of Defendants, by extending the deadline for Defendants to serve their Motion to Dismiss, and subsequent briefing deadlines, by one week. Defendants' deadline to file a motion to dismiss was accordingly extended to November 13, 2020.

1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*