IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, in her official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | No. 1:20-cv-1719 KBJ |

## DEFENDANTS' MOTION TO DISMISS

Defendants the U.S. Department of Education and Elizabeth DeVos, in her official capacity as Secretary of Education, move the Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss this action, for the reasons set forth in the accompanying Memorandum in support of this motion.

Dated: November 13, 2020

Respectfully Submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

  /s/ Kathryn L. Wyer
KATHRYN L. WYER
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*