| Exhibit | Table of Contents |
|---|---|
| | Document |
| 1 | Declaration of Dr. Stephanie Cellini, George Washington University |
| 2 | Declaration of José Luis Cruz, Executive Vice Chancellor and University Provost, City University of New York |
| 3 | Declaration of Ryan T. Dulude, Director of Financial Aid at the Community College of Vermont |
| 4 | Declaration of James Malatras, Chancellor, State University of New York |
| 5 | Declaration of Tammi Oyadomari-Chun, Interim Associate Vice President for Academic Affairs, University of Hawai'i Community Colleges |
| 6 | Declaration Tom Sannicandro, Director, Massachusetts Association of Community Colleges |
| 7 | Declaration of Brian Durham, Executive Director, Illinois Community College Board |
| 8 | Declaration of Steven M. Rose, President, Passaic County Community College |
| 9 | Declaration of Marc Saavedra, Executive Director, New Mexico Council of University Presidents |
| 10 | Declaration of Kevin M. Alexander, Student |
| 11 | Declaration of Shannon Bailey, Student |
| 12 | Declaration of Cortne Green, Student |
| 13 | Declaration of C'iana Ford, Student |
| 14 | Declaration of Anne Mirsa Miller, Student |
| 15 | Declaration of Marvin Romero, Student |
| 16 | Declaration of Melissa Rosenwald, Student |
| 17 | Declaration of Brandon Schwarm, Student |
| 18 | Declaration of Rebecca Tibbits, Student |
| 19 | Declaration of Patrick B. Crane, Director of the Office of Community Colleges and Workforce Development, State of Oregon's Higher Education Coordinating Commission |
| 20 | Declaration of Patricia A. Landis, Director of the Bureau of Postsecondary and Adult Education, Pennsylvania Department of Education |
| 21 | Declaration of Ginger Ostro, Executive Director, Illinois Board of Higher Education |
| 22 | Declaration of Paul R. Rodríguez, Acting Director, New Jersey Division of Consumer Affairs |
| 23 | Declaration of Elizabeth Talbot, Manager of Institutional Registration and Licensing at the Minnesota Office of Higher Education |
| 24 | Declaration of Dr. Joseph G. DeFilippo, Director of Academic Affairs, State Council of Higher Education for Virginia |
| 25 | Declaration of David J. Socolow, Executive Director, New Jersey Higher Education Student Assistance Authority |
| 26 | Declaration of Erik Zarnkiow, Executive Director, Illinois Student Assistance Commission |