# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMONWEALTH OF PENNSYLVANIA, *et al.*,

        Plaintiffs,

    v.

MIGUEL CARDONA, in his official capacity as
Secretary of Education, *et al.*,

        Defendants.

No. 20-cv-1719 (FYP)

## <u>JOINT STATUS REPORT</u>

On October 27, 2021, this Court held a status conference in the above-captioned matter. The parties informed the Court during that conference that they had recently begun settlement discussions, and asked that the Court hold the pending motion to dismiss, ECF No. 27, in abeyance to allow those discussions to proceed. Since the status conference, the parties have been further engaged in settlement discussions and provide this report to apprise the Court of the current status.

The parties believe discussions so far have been productive, but have not yet reached a final agreement. Accordingly, the parties respectfully request that the Court continue to hold the pending motion to dismiss in abeyance and set December 8, 2021, as the deadline for the submission of a joint status report.

November 10, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

Respectfully submitted,

Michael J. Fischer
Chief Counsel and Executive Deputy Attorney
General

Jesse F. Harvey

1

<div style="display: flex; justify-content: space-between;">

<div>

*/s/ Kathryn L. Wyer*

KATHRYN L. WYER

Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, N.W., Room 12014

Washington, DC  20005

Tel. (202) 616-8475

kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

</div>

<div>

Chief Deputy Attorney General

/s/ *Jacob B. Boyer*

Jacob B. Boyer

Kevin R. Green

Francesca Iovino

Deputy Attorneys General

Office of the Pennsylvania Attorney General

1600 Arch Street, Suite 300

Philadelphia, PA 19103

(267) 768-3968

jboyer@attorneygeneral.gov

*Attorneys for Plaintiffs*

</div>

</div>