UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>                              Plaintiffs,<br><br>         v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>                              Defendants. | No. 20-cv-1719 (FYP) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report as directed by the Court's December 9, 2021, minute order.

In the joint status report submitted December 8, 2021, the parties informed the Court that the Department of Education intended to form a negotiated rulemaking committee that would seek to review various matters, including the gainful employment regulations. *See* Joint Status Report (ECF No. 38); *see also* Negotiated Rulemaking Committee; Negotiator Nominations and Schedule of Committee Meetings, 86 Fed. Reg. 69,607 (Dec. 8, 2021). That committee, which contains representation of State Attorneys General's Offices, has already conducted two negotiation sessions, and its third (and final) session is scheduled for March 14–18, 2022. *See id.* at 69,609.

In the prior status report, the parties also informed the Court that, in a lawsuit pending in the Northern District of California, the Department had asked the court to remand the same rule being challenged in this litigation. *See* Defendants' Motion for Voluntary Remand Without Vacatur, *Baltezar v. Cardona*, No. 20-455 (N.D. Cal. Oct. 29, 2021) (ECF No. 48). Plaintiffs in that case have requested that the court vacate the rule in addition to remanding it. *See* Plaintiffs'

Statement in Opposition in Part and Non-opposition in Part to Defendants' Motion to Remand (Nov. 11, 2021) (ECF No. 50). The court in *Baltezar* has not yet ruled on the motion.

In light of these ongoing developments, the parties respectfully submit that a further stay of this matter is appropriate here. Therefore, the parties respectfully request that the Court continue to hold the Department's pending motion to dismiss in abeyance and direct the parties to submit joint status reports every 90 days.

March 9, 2022                                                                 Respectfully submitted,

BRIAN M. BOYNTON                                          /s/ Michael J. Fischer
Principal Deputy Assistant Attorney General   MICHAEL J. FISCHER
                                                                               Chief Counsel & Executive Deputy
                                                                               Attorney General
MARCIA BERMAN                                               JESSE F. HARVEY
Assistant Director, Federal Programs Branch  Chief Deputy Attorney General
                                                                               JACOB B. BOYER
/s/ Kathryn L. Wyer                                          KEVIN R. GREEN
KATHRYN L. WYER                                          FRANCESCA IOVINO
Federal Programs Branch                                  Deputy Attorneys General
U.S. Department of Justice, Civil Division     Office of the Pennsylvania Attorney General
1100 L Street, N.W., Room 12014                   1600 Arch Street, Suite 300
Washington, DC 20005                                    Philadelphia, PA 19103
Tel. (202) 616-8475                                          (215) 560-2171
kathryn.wyer@usdoj.gov                                 mfischer@attorneygeneral.gov

*Attorneys for Defendants*                             *Attorneys for Plaintiffs*

2