UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | No. 20-cv-1719 (FYP) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report as directed by the Court's March 9, 2022, minute order.

In the joint status report submitted March 9, 2022, the parties informed the Court that the Department of Education formed a negotiated rulemaking committee to review various matters, including the possible need for new gainful employment regulations. *See* Joint Status Report (ECF No. 39); *see also* Negotiated Rulemaking Committee; Negotiator Nominations and Schedule of Committee Meetings, 86 Fed. Reg. 69,607 (Dec. 8, 2021). That committee, which contained representation of State Attorneys General's Offices, concluded the last of its three negotiation sessions on March 18, 2022 without reaching a consensus about new gainful employment regulations. The Department is now in the process of developing the regulations that will go through notice and comment rulemaking under the Administrative Procedure Act.

In the prior status report, the parties also reported that parties in a related lawsuit pending in the Northern District of California were litigating whether the court should remand the case back to the Department for new rulemaking, and, if so, whether the Department's 2019 gainful employment rule also should be vacated. Since the last joint status report, the district court denied

the motion to remand the rule, but granted the Department's alternative request to hold the litigation in abeyance. *Am. Fed'n of Tchrs. v. Cardona*, No. 20-CV-00455-EJD, 2022 WL 1471388, at *5 (N.D. Cal. May 10, 2022). The court further ordered that the parties file a joint status report in 90 days to inform the court of the status of any new gainful employment regulations. *Id.*

In light of these ongoing developments, the parties respectfully ask that the Court keep the case in its current posture, with the Department's pending motion to dismiss held in abeyance and the parties ordered to submit a joint status every 90 days.

June 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ *Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

MICHAEL J. FISCHER
Chief Counsel & Executive Deputy Attorney General
JESSE F. HARVEY
Chief Deputy Attorney General

/s/ *Jacob B. Boyer*
JACOB B. BOYER
KEVIN R. GREEN
FRANCESCA IOVINO
Deputy Attorneys General
Office of the Pennsylvania Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

*Attorneys for Plaintiffs*