UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | No. 20-cv-1719 (FYP) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in order to inform the Court of the current status of relevant new rulemaking by the Department of Education ("Department").

In the joint status report submitted June 7, 2022, the parties informed the Court that the negotiated rulemaking process that addressed the possible need for new gainful employment regulations had concluded without reaching a consensus and that the Department was in the process of developing the regulations that will go through notice and comment rulemaking under the Administrative Procedure Act. *See* Joint Status Report (ECF No. 44). The Department continues to work toward issuing a Notice of Proposed Rulemaking. In recent public announcements regarding the Department's student loan debt relief plan, both the Department and the White House confirmed the Administration's commitment to promulgating regulations on gainful employment. *See* Dep't of Educ., Press Release, Biden-Harris Administration Announces Final Student Loan Pause Extension Through December 31 and Targeted Debt Cancellation to Smooth Transition to Repayment (Aug. 24, 2022) ("The agency will also propose to reinstate and improve a rule to hold career programs accountable for leaving their graduates with unaffordable debt."), *available at* https://www.ed.gov/news/press-releases/biden-harris-administration-

announces-final-student-loan-pause-extension-through-december-31-and-targeted-debt-cancellation-smooth-transition-repayment. White House, Fact Sheet: President Biden Announces Student Loan Relief for Borrowers Who Need It Most (Aug. 24, 2022) ("The agency will also propose a rule to hold career programs accountable for leaving their graduates with mountains of debt they cannot repay, a rule the previous Administration repealed."), *available at* https://www.whitehouse.gov/briefing-room/statements-releases/2022/08/24/fact-sheet-president-biden-announces-student-loan-relief-for-borrowers-who-need-it-most/.

In light of these ongoing developments, the parties respectfully ask that the Court keep the case in its current posture, with the Department's pending motion to dismiss held in abeyance and the parties ordered to submit a joint status every 90 days.

September 6, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ *Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

MICHAEL J. FISCHER
Chief Counsel & Executive Deputy Attorney General
JESSE F. HARVEY
Chief Deputy Attorney General

/s/ *Jacob B. Boyer*
JACOB B. BOYER
KEVIN R. GREEN
FRANCESCA IOVINO
Deputy Attorneys General
Office of the Pennsylvania Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

*Attorneys for Plaintiffs*