UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>　　　　　　　　　　　　　　Defendants. | No. 20-cv-1719 |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report to inform the Court of the current status of relevant new rulemaking by the Department of Education ("Department").

In the joint status report submitted March 6, 2023, the parties informed the Court that the negotiated rulemaking process that addressed the possible need for new gainful employment regulations had concluded without reaching a consensus and that the Department was in the process of developing the regulations that will go through notice and comment rulemaking under the Administrative Procedure Act. *See* Joint Status Report (ECF No. 51). On May 19, 2023, the Department issued its proposed rule with comments due June 20, 2023. *See Financial Value Transparency and Gainful Employment (GE), Financial Responsibility, Administrative Capability, Certification Procedure, Ability to Benefit (ATB)*, 88 CFR 32300 (May 19, 2023), *available at* https://www.federalregister.gov/documents/2023/05/19/2023-09647/financial-value-transparency-and-gainful-employment-ge-financial-responsibility-administrative.

In light of these ongoing developments, the parties respectfully ask that the Court keep the case in its current posture, with the Department's pending motion to dismiss held in abeyance and the parties ordered to submit a joint status every 90 days.

June 5, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ *Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

JESSE F. HARVEY
Chief Deputy Attorney General

/s/ *Elizabeth P. Lester-Abdalla*
ELIZABETH P. LESTER-ABDALLA
KEVIN R. GREEN
Deputy Attorneys General
Office of the Pennsylvania Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2980
elester-abdalla@attorneygeneral.gov

*Attorneys for Plaintiffs*