UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | No. 20-cv-1719 |

## **JOINT STATUS REPORT**

The parties respectfully submit this joint status report to inform the Court of the current status of relevant new rulemaking by the Department of Education ("Department").

In the joint status report submitted June 5, 2023, the parties informed the Court that the negotiated rulemaking process that addressed the possible need for new gainful employment regulations had concluded without reaching a consensus and that the Department was in the process of developing the regulations that will go through notice and comment rulemaking under the Administrative Procedure Act. *See* Joint Status Report (ECF No. 52). On May 19, 2023, the Department issued its proposed rule with comments due June 20, 2023. *See Financial Value Transparency and Gainful Employment (GE), Financial Responsibility, Administrative Capability, Certification Procedure, Ability to Benefit (ATB)*, 88 CFR 32300 (May 19, 2023), *available at* https://www.federalregister.gov/documents/2023/05/19/2023-09647/financial-value-transparency-and-gainful-employment-ge-financial-responsibility-administrative.

The Department has undertaken a review of the submitted comments, and that review remains ongoing. In light of these ongoing developments, the parties respectfully ask that the Court

keep the case in its current posture, with the Department's pending motion to dismiss held in abeyance and the parties ordered to submit a joint status report every 90 days.

| | |
|---|---|
| September 5, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | JESSE F. HARVEY<br>Chief Deputy Attorney General |
| MARCIA BERMAN<br>Assistant Director, Federal Programs Branch | /s/ *Elizabeth P. Lester-Abdalla*<br>ELIZABETH P. LESTER-ABDALLA<br>KEVIN R. GREEN |
| /s/ *Kathryn L. Wyer*<br>KATHRYN L. WYER<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, N.W., Room 12014<br>Washington, DC 20005<br>Tel. (202) 616-8475<br>kathryn.wyer@usdoj.gov | Deputy Attorneys General<br>Office of the Pennsylvania Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2980<br>elester-abdalla@attorneygeneral.gov |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |