UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMONWEALTH OF PENNSYLVANIA, *et al.*,

                       Plaintiffs,

       v.

MIGUEL CARDONA, in his official capacity as
Secretary of Education, *et al.*,

                       Defendants.

No. 20-cv-1719

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report to inform the Court of the current status of relevant new rulemaking by the Department of Education ("Department").

In this case, filed in June 2020, Plaintiffs, a group of states, challenged the Department of Education's 2019 rule entitled *Program Integrity: Gainful Employment*, 84 Fed. Reg. 31,392 (July 1, 2019), which had repealed an earlier rule entitled *Program Integrity: Gainful Employment*, 79 Fed. Reg. 64,890 (Oct. 31, 2014) ("2014 rule"). On January 21, 2021, Defendants moved to dismiss Plaintiffs' claims for lack of standing [ECF 27.]

After Defendants' motion to dismiss was fully briefed and while it remained pending before the Court, the Department initiated a new rulemaking process. Because of the potential for that process to yield a new rule that would supersede the rule under challenge in this case, the parties requested that the case be stayed, and that Defendants' pending motion to be dismiss be held in abeyance. *See* Joint Status Report (Dec. 8, 2021) [ECF 38]. On December 9, 2021, the Court ordered the case stayed "pending the conclusion of a rulemaking process by the Department of Education that may affect the resolution of the case." Minute Order of Dec. 9, 2021. The parties submitted status reports on March 9, 2022; June 7, 2022; September 6, 2022;

December 5, 2022; March 6, 2023; June 5, 2023; and September 5, 2023, apprising the Court of the status of the Department's rulemaking.

The Department's rulemaking process has now culminated in a final rule, published in the Federal Register on October 10, 2023. *See* U.S. Dep't of Educ., Final regulations, Financial Value Transparency and Gainful Employment, 88 Fed. Reg. 70004 (Oct. 10, 2023 ("2023 Rule"), *available at* https://www.federalregister.gov/documents/2023/10/10/2023-20385/financial-value-transparency-and-gainful-employment. The stay in this case has therefore expired because the relevant rulemaking process has concluded. Minute Order of Dec. 9, 2021.

Following the issuance of the 2023 Rule, counsel for the parties conferred, and Plaintiffs have indicated they are currently gathering signatures in order to seek a voluntary dismissal of this matter without prejudice and will promptly file such a dismissal on or before December 15, 2023.

Should Plaintiffs fail to do so, Defendants believe the appropriate course at that juncture would be for the parties to file supplemental briefing on Defendants' motion to dismiss and that the Court order the parties to submit a briefing schedule for such briefing.

| | |
|---|---|
| December 4, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | JESSE F. HARVEY<br>Chief Deputy Attorney General |
| MARCIA BERMAN<br>Assistant Director, Federal Programs Branch | /s/ *Elizabeth P. Lester-Abdalla*<br>ELIZABETH P. LESTER-ABDALLA<br>KEVIN R. GREEN |
| /s/ *Kathryn L. Wyer*<br>KATHRYN L. WYER<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, N.W., Room 12014<br>Washington, DC  20005 | Deputy Attorneys General<br>Office of the Pennsylvania Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2980<br>elester-abdalla@attorneygeneral.gov |

Tel. (202) 616-8475
kathryn.wyer@usdoj.gov                                    *Attorneys for Plaintiffs*

*Attorneys for Defendants*