# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COMMONWEALTH OF PENNSYLVANIA, *et al*.,

               Plaintiffs,

        v.

MIGUEL CARDONA, in his official capacity as
Secretary of Education, *et al*.,

               Defendants.

No. 20-cv-1719-ACR

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

This action challenged the legality of the Department of Education's 2019 repeal of its gainful employment regulations. *See Program Integrity: Gainful Employment*, 84 Fed. Reg. 31,392 (July 1, 2019). The Court issued a stay on December 9, 2021 to allow the Department time to conduct a new rulemaking process. *See* Minute Order Dec. 9, 2021 (ECF No. 38). The Court subsequently ordered the parties to file joint status reports every 90 days. *See* Minute Order March 9, 2022 (ECF No. 39). The Department issued a final rule on October 10, 2023. *See Financial Value Transparency and Gainful Employment*, 88 Fed. Reg. 70,004 (Oct. 10, 2023), *available at* https://www.federalregister.gov/documents/2023/10/10/2023-20385/financial-value-transparency-and-gainful-employment.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice as to all claims.

December 15, 2023

Respectfully submitted,

**MICHELLE HENRY**
*Attorney General*
*Commonwealth of Pennsylvania*

JILL M. GRAZIANO
JESSE F. HARVEY
Chief Deputy Attorneys General
JOHN ABEL
Assistant Director
/s/ *Elizabeth P. Lester-Abdalla*
ELIZABETH P. LESTER-ABDALLA
KEVIN R. GREEN
Deputy Attorneys General
Office of the Pennsylvania Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2980
elester-abdalla@attorneygeneral.gov
*Attorneys for Plaintiff*
*Commonwealth of Pennsylvania*

**ANTHONY G. BROWN**
*Attorney General*
*State of Maryland*

/s/ *Philip Ziperman*
PHILIP ZIPERMAN
Deputy Chief
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
(410) 576-6417
pziperman@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

**MATTHEW J. PLATKIN**
*Attorney General*
*State of New Jersey*

/s/ *Andrew H. Yang*
ANDREW H. YANG
Deputy Attorney General

**PHILIP J. WEISER**
*Attorney General*
*State of Colorado*

/s/ *Martha Fulford*
MARTHA FULFORD (D.C. Bar No. 101194)
Assistant Deputy Attorney General
BRADY J. GRASSMEYER
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
martha.fulford@coag.gov
*Attorneys for Plaintiff State of Colorado*

**WILLIAM TONG**
*Attorney General*
*State of Connecticut*

/s/ *John Langmaid*
JOHN LANGMAID
Assistant Attorney General

Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(973) 648-4425
andrew.yang@law.njoag.gov
*Attorney for Plaintiff State of New Jersey*

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 688-8899
christian.wright@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**ANNE E. LOPEZ**
*Attorney General*
*State of Hawaii*

*/s/ Bryan C. Yee*
BRYAN C. YEE
Deputy Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1180
bryan.c.yee@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
john.langmaid@ct.gov
*Attorney for Plaintiff State of Connecticut*

**BRIAN L. SCHWALB**
*Attorney General*
*District of Columbia*

JENNIFER C. JONES
Deputy Attorney General
ADAM R. TEITELBAUM
Director

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN
Senior Trial Counsel
Office of the Attorney General
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 655-7906
laura.beckerman@dc.gov
*Attorneys for Plaintiff*
*District of Columbia*

**KWAME RAOUL**
*Attorney General*
*State of Illinois*

/s/ *Margaret E. McWhorter*
MARGARET E. MCWHORTER
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street, 26th Floor
Chicago, IL 60603
(773) 590-6928
margaret.mcwhorter@ilag.gov
*Attorney for Plaintiff State of Illinois*

**ANDREA JOY CAMPBELL**
*Attorney General*
*Commonwealth of Massachusetts*

/s/ *Yael Shavit*
YAEL SHAVIT
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2197
yael.shavit@mass.gov
*Attorney for Plaintiff*
*Commonwealth of Massachusetts*


**KEITH ELLISON**
*Attorney General*
*State of Minnesota*

/s/ *Jason Pleggenkuhle*
JASON PLEGGENKUHLE
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1147
jason.pleggenkuhle@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota*


**LETITIA JAMES**
*Attorney General*
*State of New York*

/s/ *Jane M. Azia*
JANE M. AZIA
Bureau Chief
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8727
jane.azia@ag.ny.gov
*Attorney for Plaintiff State of New York*


**DANA NESSEL**
*Attorney General*
*State of Michigan*

/s/ *Ann M. Sherman*
ANN M. SHERMAN
BRIAN GREEN
Assistant Attorneys General
Michigan Department of Attorney General
525 West Ottawa Street, 7th Floor
P.O. Box 30736
Lansing, MI 48933
(517) 335-7632
shermana@michigan.gov
*Attorneys for Plaintiff State of Michigan*


**RAÚL TORREZ**
*Attorney General*
*State of New Mexico*

/s/ *Serena R. Wheaton\**
SERENA R. WHEATON
Assistant Attorney General
New Mexico Office of the Attorney General
201 Third St. Suite 300
Albuquerque, NM 87102
(505) 490-4846
swheaton@nmag.gov
*\*Government Certification Pending*
*Pursuant to LCvR 83.2(e)*
*Attorney for Plaintiff State of New Mexico*


**JOSHUA STEIN**
*Attorney General*
*State of North Carolina*

/s/ *Kunal J. Choksi*
KUNAL J. CHOKSI
DANIELLE WILBURN ALLEN
Assistant Attorneys General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6032
(919) 719-6975
kchoksi@ncdoj.gov

4

dwilburnallen@ncdoj.gov
*Attorneys for Plaintiff*
*State of North Carolina*

**ELLEN F. ROSENBLUM**
*Attorney General*
*State of Oregon*

/s/ *Katherine G. McKeon*
KATHERINE G. MCKEON
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
kate.mckeon@doj.state.or.us
*Attorney for Plaintiff State of Oregon ex rel.*
*Ellen F. Rosenblum, Attorney General for the*
*State of Oregon*

**PETER F. NERONHA**
*Attorney General*
*State of Rhode Island*

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
Senior Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
nvaz@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
*Attorney General*
*State of Vermont*

/s/ *Christopher J. Curtis*
CHRISTOPHER J. CURTIS
Assistant Attorney General
State of Vermont
109 State Street
Montpelier, VT 05609
802-828-3171
christopher.curtis@vermont.gov
*Attorney for Plaintiff State of Vermont*

**JASON S. MIYARES**
*Attorney General*
*Commonwealth of Virginia*

/s/ *Mark S. Kubiak*
MARK S. KUBIAK
Senior Assistant Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-7364
mkubiak@oag.state.va.us
*Attorney for Plaintiff*
*Commonwealth of Virginia*

**JOSHUA L. KAUL**
*Attorney General*
*State of Wisconsin*

/s/ *R. Duane Harlow*
R. DUANE HARLOW
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-2950
harlowrd@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*